UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

TETEE BOYD and EDWARD DOSSANTOS,

                                Plaintiffs,        **NOTICE OF APPEARANCE**

                  -against-

CITY OF NEW YORK, CARL WATSON, DAVID LIPPERT,    10-CV-2096 (SLT)(RML)
MATTHEW REGINA, and JOHN and JANE DOE 1 through
10, individually and in their official capacities, (the names John
and Jane Doe being fictitious, as the true names are presently
unknown),

                                Defendants.

------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that **Cecilia A. Silver**, Assistant Corporation Counsel, should be added as counsel of record, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for Defendants, and replaces Shlomit Aroubas as counsel of record.

Dated: New York, New York
         June 7, 2011

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of the City of New York
                                              Attorney for Defendants
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 788-8684

                                              By:       /s/
                                                       Cecilia A. Silver
                                                       Assistant Corporation Counsel
                                                       Special Federal Litigation Division

cc:    Brett Klein, Esq.  (via ECF)

       *Attorney for Plaintiffs*